Joseph Lee ROBINSON, Petitioner–Appellant,

v.

LAWRENCEVILLE CORRECTIONAL CENTER; Warden Cross, Warden, Lawrenceville Correctional Center, Respondents–Appellees.

No. 00–7360.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Joseph Lee Robinson, pro se. Virginia Bidwell Theisen, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

**128**

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Joseph Lee Robinson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Robinson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Robinson v. Lawrenceville Corr. Ctr.*, No. CA–99–1387–AM (E.D. Va. filed Aug. 21, 2000; entered Aug. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*